**Order entered November 29, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00341-CV

**SHANEKA BUSBY BAKER, Appellant**

**V.**

**FORREST REGGIE CARR, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04681-D**

## ORDER

Before the Court is appellant's November 23, 2016 third motion for an extension of time to file appellant's reply brief. We **GRANT** appellant's motion.

We **ORDER** the Clerk of the Court to file appellant's reply brief tendered as of the date of this order.

/s/     CRAIG STODDART
        JUSTICE